**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

JIAXING GALAXY GARMENT
COMPANY CO., LTD,

                                       Plaintiff,

                    -against-

ZINNTEX LLC,

                                      Defendant.
-----------------------------------------------------------------X

**25 Civ. No. 8759 (JPO)**

**PRE-SETTLEMENT**
**CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, January 21, 2026 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 164 639 549#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

       **SO ORDERED.**

DATED:    New York, New York
             January 5, 2026

                                                  _____
                                        The Honorable Gary Stein
                                        United States Magistrate Judge