UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIAXING GALAXY GARMENT COMPANY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ZINNTEX LLC,<br><br>Defendant. | Docket No. 25-CV-8759 (JPO)<br><br>**ORDER ADOPTING CONSENT JUDGMENT** |

AND NOW, this 18th day of September, 2026, upon consideration of the Complaint of Plaintiff Jiaxing Galaxy Garment Company Co., Ltd. against Defendant Zinntex LLC, it is hereby ORDERED that the Consent Judgment below shall be adopted as an Order of the Court.

Accordingly, the Clerk of Court is directed to enter a judgment against Defendant Zinntex LLC and in favor of Plaintiff Jiaxing Galaxy Garment Company Co., Ltd. in the amount of $1,324,731.50.

The Clerk of the Court is directed to close this case.

SO ORDERED:

9/18/2026

J. PAUL OETKEN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIAXING GALAXY GARMENT COMPANY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ZINNTEX LLC,<br><br>Defendant. | Docket No. 25 Civ. 8759 (JPO)<br><br>**CONSENT JUDGMENT** |

Plaintiff JIAXING GALAXY GARMENT COMPANY CO., LTD. ("Plaintiff") and Defendant ZINNTEX LLC ("Defendant"), hereby stipulate to a Consent Judgment as follows:

1. This action was brought by Plaintiff seeking money damages against Defendant for the non-payment for certain goods manufactured and delivered by Plaintiff to Defendant.
2. Defendant hereby consents to entry of a Consent Judgment for money damages in the sum of one million, three hundred and twenty four thousand seven hundred and thirty one dollars and fifty cents ($1,324,731.50).
3. Plaintiff will be entitled upon entry of this Consent Judgment to execute this Consent Judgment against the Defendant and avail itself of all of the remedies available to it as a judgment creditor under applicable law.
4. This Consent Judgment represent a compromise of disputed claims in the above-captioned case and is a full resolution of those claims.

5. Defendant hereby waives any appellate review of this Consent Judgment once entered.

Dated: September 18, 2026

THE YITZHAK LAW GROUP

By: EYitzhak
Erica Yitzhak, Esq.

185 Great Neck Road, Suite 313
Great Neck, New York 11021
Tel.: (516) 466-7144
erica@etylaw.com

*Counsel for Defendant*

LEECH TISHMAN ROBINSON BROG PLLC

*By:* John D. D'Ercole
John D. D'Ercole, Esq.

One Dag Hammarskjold Plaza
885 Second Avenue, 3rd Floor
New York, New York 10017
Tel.: (212) 603-6300
jdercole@leechtishman.com

*Counsel for Plaintiff*

ZINNTEX LLC

Ricky Zinn
By: Ricky Zinn
Title: Member
Date: 9/04/2026

Jinxing Galaxy Garment Company Co., Ltd.

Signature: ____________
Name: Dong Shen
Title: Manager
Date:________