**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

JIAXING GALAXY GARMENT COMPANY
CO., LTD.,

Plaintiff,

25 **CIVIL** 8759 (JPO)

-against-

**JUDGMENT**

ZINNTEX LLC,

Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 18, 2026, the Court adopts Consent Judgment as an order of the Court. Accordingly, judgment is hereby entered against Defendant Zinntex LLC and in favor of Plaintiff Jiaxing Galaxy Garment Company Co., Ltd. in the amount of $1,324,731.50 and the case is closed.

**Dated:** New York, New York
September 23, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**